BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

THOMAS M. NEWMAN (NYBN 4256178)
   Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5595
  FAX: (408) 535-5066
  E-Mail: Thomas.newman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br>    Plaintiff, </br> v. </br> EBONY STANDIFER, </br>    Defendant. | Case No. CR-14-538-CRB </br></br> STIPULATION AND ORDER TO CONTINUE HEARING |
| UNITED STATES OF AMERICA, </br>    Plaintiff, </br> v. </br> EBONY STANDIFER, </br>    Defendant. | Case No. CR-16-41-CRB |

The parties stipulate as follows:

On November 16, 2016, a status hearing was held and further status hearing was set before the district court on December 14, 2016. Defendant Ebony Standifer, by and through her counsel of record Michael Stepanian, and Assistant United States Attorney Thomas M. Newman, hereby stipulate and

1 agree to continue the status hearing from Wednesday, December 14, 2016, at 2:00 pm to January 4,
2 2017, at 2:00 pm.

3     For the reason that the Defendant needs additional time for effective preparation, continuity of
4 counsel and adequate trial preparation, Plaintiff, the United States of America, and Defendant Ebony
5 Standifer, hereby stipulate as follows:

6     That the period of delay from December 14, 2016, to January 4, 2017, shall be excluded in
7 accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv),
8 as the ends for justice served by this exclusion allow for effective preparation, continuity of counsel and
9 adequate trial preparation, which outweigh the best interests of the public and the Defendant in a speedy
10 trial.

11     Respectfully submitted,

12 DATED: November 18, 2016    BRIAN J. STRETCH
    United States Attorney

13

14     _____/s/_____
    THOMAS M. NEWMAN
    Assistant United States Attorney

15

16 DATED: November 18, 2016    _____/s/_____
    MICHAEL STEPANIAN
17     Attorney for Defendant Ebony Standifer

18

19

20

21

22

23

24

25

26

27

28

1           ORDER

2    For the reasons stated by the parties in their stipulation, Court finds that the ends of justice served
3    by delaying the trial of this matter outweigh the best interest of the public and the Defendant in a speedy
4    trial because additional time is required to allow for continuity of counsel and to allow Defendant's
5    counsel adequate time to review the government's discovery; to prepare this matter for trial; and prepare
6    witnesses for trial.

7    IT IS ORDERED that the period of delay from December 14, 2016, to January 4, 2017, status
8    conference shall be excluded in accordance with the provisions for the Speedy Trial Act, 18 U.S.C. §§
9    3161(h)(7)(A) and (h)(7)(B)(iv), as the ends of justice served by this continuance allowing for continuity
10   of counsel and for adequate preparation outweigh the best interest of the public and the Defendant in a
11   speedy trial.

12   IT IS SO ORDERED.

13   DATED:_11/21/2016
14                                       _____
                                         THE HONORABLE CHARLES R. BREYER
15                                       United States District Judge

STIPULATION
CR-14-538-CRB                            3